# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv158

| | |
|---|---|
| AMY A. GILMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is hereby **REMANDED** to the Commissioner of Social Security.

Signed: June 10, 2011

Martin Reidinger
United States District Judge